605 A.2d 330

**Lyle D. DeHAVEN and Ann DeHaven, his wife, Appellants,**

**v.**

**The PEOPLES NATURAL GAS COMPANY**

**v.**

**CASTLE GAS COMPANY, INC.**

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided April 16, 1992.

Michael Handler, Indiana, for appellants.

David C. Serene, Serene & Serene, Indiana, For Peoples Natural Gas Co.

Wayne A. Kablack, Simpson & Kablack, Indiana, for Castle Gas Co., Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.